IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| VILLAGE OF SCHAUMBURG, an Illinois home rule municipal corporation, *Plaintiff-Appellant,* *v.* PERMASTEELISA NORTH AMERICA, a Delaware Corporation, formally known as Permasteelisa Cladding Technologies, Ltd. doing business as Permasteelisa Cladding Technologies, USA, *Defendant–Appellee.* | No. 24-1168 |

**APPELLANT'S MOTION FOR VIDEO-RECORDING**

Pursuant to Seventh Circuit Operating Procedure 11, Plaintiff-Appellant Village of Schaumburg respectfully requests video-recording of oral argument taking place on September 26, 2024. Counsel for Village of Schaumburg conferred with counsel for Defendant-Appellee prior to filing this motion. Counsel for Defendant-Appellee takes no position on the relief sought in this request.

This 19th day of September, 2024.

Respectfully submitted,
/s/ Scott E. Hennigh
Scott E. Hennigh
Lance C. Malina
Howard C. Jablecki
Attorneys for Plaintiff-Appellant In Appeal No. 24-1168

HENNIGH LAW CORPORATION
4 Embarcadero Center, Suite 1400,
San Francisco, CA 94111
(415) 325-5855

KLEIN, THORPE & JENKINS, LTD.
120 S. LaSalle Street, Suite 1710
Chicago, IL 60603
(312) 984-6400

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Scott E. Hennigh

Scott E. Hennigh, One of the attorneys for Plaintiff-Appellant