# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

September 20, 2024

*By the Court:*

| | |
|---|---|
| No. 24-1168 | VILLAGE OF SCHAUMBURG, an Illinois home rule municipal corporation,<br>Plaintiff - Appellant<br><br>v.<br><br>PERMASTEELISA NORTH AMERICA, a Delaware Corporation, formally known as Permateelisa<br>Cladding Technologies, Ltd. doing business as Permasteelisa Cladding Technologies, USA,<br>Defendant - Appellee |
| **Originating Case Information:** | |
| District Court No: 1:22-cv-00601<br>Northern District of Illinois, Eastern Division<br>District Judge Manish S. Shah | |

Upon consideration of the **APPELLANT'S MOTION FOR VIDEO-RECORDING**, filed on September 19, 2024, by counsel for the appellant,

**IT IS ORDERED** that the motion is **GRANTED**.

form name: **c7_Order_BTC** (form ID: **178**)